| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 3:00CR861-05 |
| MMB | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) |
| | | 17cr 176-ELL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Urias Barreto-Rivera<br>Philadelphia, PA<br><br>FILED<br>APR 0 5 2017<br>KATE BARKMAN, Clerk<br>By _____ Dep. Clerk | Puerto Rico | |
| | NAME OF SENTENCING JUDGE | |
| | Carmen C. Cerezo | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/29/2016 | TO 04/28/2021 |

OFFENSE

Title 21: 846 - Conspiracy to possess with intent to distribute heroin, cocaine, cocaine base, and marihuana; and, Title 18: 924(c)(1)(i) and (2). Class A and D felonies, respectively.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Judiciary____ DISTRICT OF ____Puerto Rico____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Eastern District of Pennsylvania____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3/22/17_  
Date

_____  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Judiciary____ DISTRICT OF ____Eastern Pennsylvania____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  
Effective Date

_____  
United States District Judge