## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v.<br>**URIAS BARRETO-RIVERA** | NO. 17-176 |

## <u>ORDER</u>

**AND NOW**, this 19th day of    May, 2020, In view of the recommendation of the probation officer and the defendant's positive conduct and conditioned on his accepting and starting a job in Orlando, Florida, and providing documentation to this effect, **IT IS ORDERED** that the defendant's motion for early termination of supervised release is **GRANTED**.

**BY THE COURT:**

 **/s/ Michael M. Baylson**

_____

**Michael M. Baylson, U.S.D.J.**

O:\Janice\ORDERS\17-176 term of SR.doc